# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**276**
**CA 15-01297**
PRESENT: WHALEN, P.J., CARNI, DEJOSEPH, AND TROUTMAN, JJ.

---

BARBARA HAUG, PLAINTIFF-APPELLANT-RESPONDENT,

V                                                              ORDER

TOPS MARKETS, LLC, DEFENDANT-RESPONDENT-APPELLANT.

---

GALLO & IACOVANGELO, LLP, ROCHESTER (DAVID D. SPOTO OF COUNSEL), FOR PLAINTIFF-APPELLANT-RESPONDENT.

DIXON & HAMILTON, LLP, GETZVILLE (DENNIS P. HAMILTON OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT.

---------------------------------------------------------------------------------------------------------

Appeal and cross appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered September 26, 2014. The order granted in part defendant's motion for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 18, 2016                     Frances E. Cafarell
                                             Clerk of the Court